UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON LOVOWE RAMSEY, | No. 2:20-cv-1605-EFB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff's complaint alleges inadequate medical care while housed at Salinas Valley State Prison in the County of Monterey and through the care of defendant Dr. Rasheed, whose business is located in the County of San Luis Obispo. The complaint also names the California Department of Corrections and Rehabilitation, located in the County of Sacramento.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, venue could properly lie in three of California's judicial districts, as Monterey County (where the acts or failure to act that allegedly resulted in inadequate medical care occurred) lies in the Northern District, San Luis Obispo County (where Dr. Rasheed's practice is located) lies in the Central District, and Sacramento County (the location of the California Department of Corrections and Rehabilitation) lies in the Eastern District.

The core allegations of this case are acts of improper medical care while housed at Salinas Valley State Prison in the County of Monterey. If this case proceeds on the merits it will involve the taking of evidence and testimony on that issue. Because any potential claims appear to have arisen at Salinas Valley State Prison, the court finds that the interests of justice will be better served by transferring this case to the Northern District of California. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(a).

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Northern District of California. *See* 28 U.S.C. § 1404(a).

Dated: August 17, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2